## CIVIL COMPLAINT

Bret Sablosky, Plaintiff in Pro Se          Case Number

9466 Georgia Ave. #61

Silver Spring, Maryland 20910

Phone 312 647 9497

Case: 1:16-cv-02528
Assigned To : Walton, Reggie B.
Assign. Date : 12/29/2016
Description: TRO/PI

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bret Sablosky, Plaintiff in Pro Se

V.

Defendants

Mitch McConnell
317 Russell Senate Office Building
Washington, D.C. 20510

Majority Leader of United States Senate;

Vice President Joseph Biden
1600 Pennsylvania Ave.
Washington, D.C. 20500

The President of U.S. Senate;

Orrin Hatch
104 Hart Senate Office Building
Washington, D.C. 20510

President Pro Tempore of U.S. Senate;

Charles Schumer
322 Hart Senate Office Building
Washington, D.C. 20510

Minority Leader Of U.S. Senate;

Paul Ryan
1233 Longworth House Office Building
Washington, D.C. 20515

Speaker of United States House of Representatives;

Nancy Pelosi,
233 Cannon House Office Building
Washington, D.C. 20515

Minority Leader of
United States House of Representatives;

Civil Complaint

A Voting Rights Title 42 U.S.C.A. 1983 Action;

A Title 42 U.S.C.A. 1988 Request for Attorneys Fees

as Prevailing Party Under Declaratory Relief or Such

Provision of Law that this Court Deems Just to

Award Attorneys Fees;

19th, 15th, 13th, 1st Amendments of U.S. Constitution

Render Original 1787 Electoral College Method of

Electing / Selecting Electors to cast Electoral Votes

Which Electoral Votes then elect the President and

Vice President of the United States

Unconstitutional, and Mandate Switching to the

Popular Vote Method of Electing the President

And Vice President of the United States as

Contained in Senate Joint Resolution 1 of

December 6, 1977

TABLE OF CONTENTS

19TH, 15TH, 13TH AMENDMENTS TO THE U.S. CONSTITUTION MUST BE USED AND APPLIED BY

THIS COURT TO ABOLISH THE ELECTORAL COLLEGE METHOD OF ELECTING THE PRESIDENT DUE

TO VARIATIONS IN MATHEMATICAL VALUE OF CITIZEN'S VOTES IN ALL 50 STATES AND THE

DISTRICT OF COLUMBIA.  BY POLITICAL IDEOLOGY THE MATHEMATICAL VALUES VARY IN SUCH

A WAY AS TO FAVOR CONSERVATIVE POLITIVAL IDEOLOGY OF CONSERVATIVE VOTERS AND

DISFAVOR LIBERAL/MODERATE POLITICAL IDEOLOGY OF LIBERAL/MODERATE VOTERS


TABLE #4      COMPARATIVE VALUE OF POPULAR VOTES IN TERMS OF ELECTORAL VOTES IN

THE 50 STATES AND DISTRICT OF COLUMBIA, 2010 ELECTORAL VOTES USED IN THE 2016

ELECTION DIVIDED BY 2010 U.S. CENSUS  POPULATION.


TABLE #5      STATES WHERE HILLARY CLINTON WON THE PLURALITY OF THE POPULAR VOTE

AND VALUE OF POPULAR VOTE IN TERMS OF ELECTORAL VOTES IN EACH OF THESE STATES.


TABLE #6      STATES WHERE DONALD TRUMP WON THE PLURALITY OF THE POPULAR VOTE

AND VALUE OF POPULAR VOTE IN TERMS OF ELECTORAL VOTES IN EACH OF THESE STATES


CONSTITUTIONAL AMENDMENTS 13TH AND 15TH SEPARATELY OR COMBINED GIVE THIS COURT

LEGAL AUTHORITY TO INVALIDATE THE ELECTORAL COLLEGE AS FACIALLY UNCONSTITUTIONAL

BECAUSE THE 13TH AND 15TH AMENDMENTS WERE WRITTEN TO END SLAVERY, THE POLITICAL

ROOTS OF SLAVERY AND POLITICAL PRODUCTS OF SLAVERY AND THE POLITICAL INEQUALITIES

## TABLE OF CONTENTS

OF SLAVERY AS THOSE INEQUALITIES AFFECTED BOTH BLACK FORMER SLAVES, NOW CALLED

FREEDMEN WHO HAD THE RIGHTS OF CITIZENS AND WHITE CITIZENS WHO WOULD LIVE IN AN

ECONOMIC SYSTEM DEVOID OF SLAVERY BASED ON PAID LABOR.


19TH AMENDMENT WOMENS RIGHT TO VOTE IS A POWERFUL BASIS ON WHICH THIS U.S.

DISTRICT COURT IS ABLE TO ABOLISH THE ELECTORAL COLLEGE METHOD OF ELECTING THE

PRESIDENT OF THE UNITED STATES ENTIRELY AND SWITCH TO THE POPULARY VOTE PLURALITY

METHOD OF ELECTING THE PRESIDENT OF THE UNITED STATES WHICH WAS PROPOSED IN

SENATE JOINT RESOLUTION 1 OF DECEMBER 6, 1977 PAGES1-2


PLAINTIFF ALLEGES AND CLAIMS THAT ELECTORAL COLLEGE METHOD OF ELECTING THE

PRESIDENT AND VICE PRESIDENT VIOLATES PLAINTIFF'S 1ST AMENDMENT RIGHTS OF FREEDOM

OF RELIGION. VARIATION IN MATHEMATICAL VALUE OF POPULAR VOTES FROM STATE TO

STATE CAUSED BY ELECTORAL COLLEGE FORMULA CAUSES HARMFUL DISCRIMINATION

BETWEEN VOTERS WHO ARE NON RELIGIOUS OR BELONG TO LIBERAL RELIGIONS COMPARED

TO VOTERS WHO ARE RELIGIOUSLY FUNDAMENTALIST AND STRICT OBSERVANT OF THEIR

RELIGION


RELIEF AND REMEDIES PLAINTIFF REQUESTS THIS U.S. DISTRICT COURT TO GRANT

SUBJECT MATTER JURISDICTION

STATKUTORY JURISDICTION BY ACT OF CONGRESS, JUSTICIABILITY UNDER U.S. CONSTITUTION

TABLE OF CONTENTS

IN PERSONAM JURISDICTION OVER DEFENDANTS: ALL SENATORS AND OFFICERS IN US SENATE

INCLUDING U.S. SENATOR MITCH MCCONNELL MAJORITY LEADER OF U.S. SENATE AND VICE

PRESIDENT JOSEPH BIDEN AND ALL REPRESENTATIVES AND OFFICERS IN U.S. HOUSE OF

REPRESENTATIVES INCLUDING SPEAKER OF THE U.S. HOUSE OF REPRESENTATIVES PAUL RYAN


STANDING OF PLAINTIFF, PLAINTIFF HAS STANDING TO PLACE CONSTITUTIONAL CLAIMS ON

BEHALF OF 3RD PARTIES UNDER *BARROWS V. JACKSON*


RIPENESS OFISSUES PRESENTED IN PLAINTIFF'S CASE


FACTS PLAINTIFF WILL PROVE AT TRIAL

HOW ELECTORS CHOSEN IN THE ELECTORAL COLLEGE SYSTEM ALMOSTS NEVER PERFORM IN

THE MANNER ANTICIPATED BY AUTHORS OF THE U.S. CONSTITUTION AS DEBATED AT THE

CONSTITUTIONAL CONVENTION AND AS WRITTEN IN FEDERALIST PAPER NUMBER 68.

ELECTORS IN ANY STATE DO NOT ACT INDEPENDENTLY AND CAST ELECTORAL VOTES FOR

DIFFERENT PRESIDENTIAL/VICE PRESIDENTIAL PAIRS OF CANDIDATES THAN THOSE CANDIDATES

THAT THEY HAVE BEEN PLEDGED TO ON THE POPULAR VOTE BALLOT BY VOTERS. 99% OF

ELECTORS SELECTED BY VOTERS IN THE GENERAL ELECTION DO NOT ENGAGE IN DETAILED AND

SERIOUS DEBATE THATTHEY SHOULD CAST THEIR ELECTORAL VOTES FOR A PRESIDENTIAL

CANDIDATE OTHER THAN THAT CANDIDATE TO WHOM THEY ARE PLEDGED ON THE GENERAL

PRESIDENTIAL ELECTION BALLOT.

FACTS PLAINTIFF WILL PROVE AT TRIAL

HOW THE EXISTENCE OF SLAVERY AS A LEGAL BUSINESS PRACTICE OF OPERATING

PLANTATIONS AND FARMS CREATED THE ELECTORAL COLLEGE SYSTEM OF CHOOSEING

ELECTORS FOR THE OFFICE OF PRESIDENT AND VICE PRESIDENT

FACTS PLAINTIFF WILL PROVE AT TRIAL

MATHEMATICALLY OUT OF PROPORTION, OVERREPRESENTATION AS GRANTED TO SMALL

POULATION STATES AND MEDIUM POPULATION STATES, IN THE ACTUAL COMPARATIVE

MATHEMATICAL VALUE OF POULAR VOTES IN THOSE STATES COMPARED TO LARGE

POPULATION STATE UNDER THE UNITED STATES CENSUS VIOLATES THE RIGHT TO VOTE

GUARANTEE OF THE IN THE 15TH AND 19TH AMENDMENTS OF THE UNITED STATES

CONSTITUTION.

FACTS PLAINTIFF WILL PROVE AT TRIAL

ELECTORAL COLLEGE METHOD OF CHOOSING ELECTORS FOR PRESIDENT AND VICE PRESIDENT

UNCONSTITUTIONALLY FAVORS CONSERVATIVE IDEOLOGY OVER LIBERAL IDEOLOGY IN

VOIOLATION OF THE 13TH, 15TH, AND 19TH AMENDMENTS OF U.S. CONSTITUTION AND

CONSEQUENTLY UNFAIRLY FAVORS REPUBLICAN PARTY PRESIDENTIAL NOMINEES OVER

DEMOCRAT AND 3RD PARTY PRESIDENTIAL NOMINEES IN VIOLATION OF THE 13TH, 15TH, AND

19TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

TABLE OF CONTENTS

FACTS PLAINTIFF WILL PROVE AT TRIAL

SINCE 1836 EVERY STATE IN THE UNITED STATES SWITCHED TO USING THE METHOD OF COUNTING POPULAR VOTES CAST BY QUALIFIED VOTERS TO CHOOSE ELECTORS IN ELECTORAL COLLEGE FOR THE OFFICE OF PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES

FACTS PLAINTIFF WILL PROVE AT TRIAL

CONSTITUTIONAL AMENDMENTS 13TH, 15TH, AND 19TH AMENDMENTS SEPARATELY OR COMBINED GIVE THIS COURT LEGAL AUTHORITY TO INVALIDATE AND ABOLISH THE ELECTORAL CLLEGE IN ITS ENTIRETY AS FACIALLY UNCONSITTUION AND UNCONSTITUTIONAL AS APPLIED BECAUSE THE 13TH AMENDMENT WAS WRITTEN TO END SLAVERY. THE 15TH AMENDMENT WAS WRITTEN TO GIVE BLACK MEN WHO WERE FREED THE RIGHT TO VOTE. THE 13TH AMENDMENT AND THE 15TH AMENDMENT U.S.C.A. WERE WRITTEN TO END THE POLITICAL ROOTS OF SLAVERY, THE POLITICAL RODUCTS OF SLAVERY, AND THE POLITICAL INEQUALITIES OF SLAVERY, AS THOSE INEQUALITIES AFFECTED BOTH BLACK FORMER SLAVES, THEN CALLED FREEDMENT, WHO HAD THE RIGHTS OF CITIZENS, AND WHITE CITIZENS, WHO WOULD NOW LIVE IN AN ECONOMIC SYSTEM DEVOID OF SLAVERY BASED ON PAID LABOR.

TITLE 42 U.S.C.A. 1988 REQUEST FOR ATTORNEY'S FEES BY PLAINTIFF AS A PREVAILING PARTY, UNDER DECLARATORY RELIEF.

TABLE OF POINTS AND AUTHORITIES

19TH, 15TH, AND 13TH AMENDMENTS TO THE U.S. CONSTITUTION MUST BE USED TO ABOLISH THE ELECTORAL COLLEGE METHOD OF ELECTING THE PRESIDENT DUE TO VARIATION IN MATHEMATICAL VALUE OF CITIZENS VOTES IN ALL 50 STATES AND THE DISTRICT OF COLUMBIA. MATHEMATICAL VALLUES OF POPULAR VOTES VARY IN SUCH A WAY AS TO FAVOR CONSERVATIVE POLITICAL IDEOLOGY OF CONSERVATIVE VOTERS AND DISFAVOR LIBERAL/MODERATE IDEOLOGY OF LIBERAL/MODERATE VOTERS. THE ONLY WAY TO ELIMANATE THIS IDEOLOGICAL FAVORITISM/ IDEOLOGICAL DISCRIMINATION IS TO SWITCH TO THE POPULAR VOTE METHOD OF ELECTING THE PRESIDENT AS CONTAINED IN SENATE JOINT RESOLUTION 1 OF DECEMBER 6, 1977.  THE MATHEMATICAL VARIATION IN THE VALUE OF POPULAR VOTES COMBINED WITH WASTE OF EXCESS POPULAR VOTES IN THE ELECTORAL VOTE WINNER TAKE ALL SYSTEM IS UNCONSTITUTIONAL UNDER THE RIGHT TO VOTE GUARANTEES OF BOTH THE 15TH AMENDMENT U.S.C.A. AND 19TH AMENDMENT U.S.C.A .

Plaintiff is a United States citizen, a registered voter in the state of Illinois, a resident of Cook County, Illinois. Plaintiff claims that his vote should be counted with equal value to every other popular vote of every citizen in every state and the District of Columbia. Plaintiff claims that under the United States Constitution and the 13th Amendment U.S.C.A., 15th Amendment U.S.C.A., the 19TH Amendment U.S.C.A. and the 1st Amendment U.S.C.A. each popular vote of every voter in all 50 states and the District of Columbia must be valued at 1 unit vote per person. Plaintiff claims that the national popular vote plurality winner, that is the candidate who wins the highest total number of popular votes is the only legal constitutional winner of the presidential election. Plaintiff claims that the value of his vote cast for Hillary Rodham Clinton and the value of all votes cast for Hillary Rodham Clinton in the November 8, 2016

presidential election have been illegally devalued by the Electoral College system in violation of the 15th Amendment U.S.C.A., the 19th Amendment U.S.C.A. and the 1st Amendment U.S.C.A.

Plaintiff claims that Hillary Rodham Clinton is the legal winner of the 2016 Presidential election.

Plaintiff claims that Donald John Trump is the legal loser of the 2016 Presidential election.

Plaintiff asks this U.S. District Court to make findings of law consistent with plaintiff's claims.

Plaintiff asks this court for declaratory relief herein asked for in this complaint and plaintiff asks for injunctive permanent relief and orders as well, to implement plaintiff's claims at law, should plaintiff be the prevailing party in this lawsuit, and should the court agree with claims made by plaintiff and adopt and order implemented the remedies plaintiff asks for.

Plaintiff will apply for a preliminary injunction to be issued by this court to maintain the status quo until the court can issue a ruling after trial on the merits of plaintiff's claim, and ultimately that the United States Supreme Court can rule on the issue.

Plaintiff claims that Plaintiff's vote is unconstitutionally reduced in mathematical value to .78 or 78% of the average value of votes of qualified voters who reside in fourteen Southern states. Southern voters living in fourteen Southern states Arkansas, Alabama, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, Missouri, Tennessee, Kentucky, Virginia, West Virginia, Florida, and Texas, have a vote which is worth on the average 1.27 times greater than an Illinois voter's vote in terms of mathematical value. An Illinois voter's vote is worth $1.8 \times 10$ to minus 6 electoral votes.      An average Southern voters vote is worth $2.3 \times 10$ to minus 6 electoral votes.      $1.8 \times 10^{-6}$ electoral votes divided by $2.3 \times 10^{-6}$ electoral votes equals .78 or 78%. So an Illinois voters vote is worth .78 or 78% of a Southern state voter's vote. To fully understand the mathematical comparisons that the plaintiff is making here, the reader must understand that our mathematical notation in powers of 10 to the minus 6 is expressed in terms of electoral votes. What the plaintiff is doing here is converting popular votes into an electoral vote value for each of the 50 states and the District of Columbia by dividing the number of electoral votes each state is assigned in a given election year and then dividing that number of electoral votes by the population census number for that state. For example, Ohio in 2000 U.S. Census was given 21 electoral votes. We divide the 21 electoral votes in Ohio for that year by the Ohio population in the 2000 U.S. Census, which is 11,353,000 which gives us a value of each Ohio voter's vote in terms of electoral votes. The numerical results give a solution of approximately $1.6 \times 10$ to the minus 6 power electoral votes, which in decimals is .0000016. On the table 1, the plaintiff show the value of popular votes expressed in terms of electoral votes for all 50 states and the District of Columbia for the 1990 census, the 2000 census, and the 2010 census.

Since presidential elections occur every 4 years, each population census figures are usually used for 2 elections based on the fact that House of Representative districts are redistricted every 10 years after a new census has been taken.

Note that the 2000 election was an election in which the winner of the popular vote plurality total in the entire United States, Al Gore, did not win the electoral vote majority of 270 electoral votes. Al Gore won the national popular vote plurality total by over 500,000 popular votes. George W. Bush Jr. won the majority of electoral votes because the United States Supreme Court interfered with the Florida Supreme Court's orders for County Boards of Elections to do recounts, if they wished to do so. The actual real totals for Al Gore Jr. and George W. Bush Jr. were never found out. This was because the United States Supreme Court ordered an end to the recounts in Florida and picked George W. Bush as the winner of the presidential election.

Table #4 gives the value of popular votes in terms of electoral votes based on the 2010 census figures and the 2010 numbers of electoral votes given to each state. The 2010 census

figures were used to calculate the number of electoral votes in 2012 and 2016 presidential election. Table #5 shows the value of popular votes in terms of electoral votes that Hillary Clinton won and that Donald Trump won for each state in which each candidate won the popular vote plurality. In the 2016 election Hillary Clinton won the national popular vote plurality total with a total of 65,432,202 popular votes. In the 2016 election Donald Trump lost the national popular vote plurality total when Trump won 62,793,872. Donald Trump came in second in the total number of popular votes received for president. In the 2016 presidential election Donald Trump won 303 electoral votes, far more than the 270 electoral vote minimum constituting a majority of electoral votes needed to win the presidency. So Donald Trump came in second in the number of popular votes won, but won the presidency by winning more than a majority of electoral votes. Trump won exactly 303 electoral votes. A minimum of 270 electoral votes constitutes the majority number of electoral votes required to win the presidency.

Plaintiff claims that a wide variation in mathematical values exists from the value of popular votes in Northern liberal/moderate states to Midwestern farming/ great plains states. Such wide variation inn mathematical value of votes runs from. $1.8 \times 10^{-6}$ in New York, Pennsylvania, Massachusetts, Illinois to $2.2 \times 10^{-6}$ in Kansas, $2.9 \times 10^{-6}$ in Nebraska, $6.0 \times 10^{-6}$ in Wyoming, $3.0 \times 10^{-6}$ in Idaho and $3.3 \times 10^{-6}$ in Montana. Easily we can see here that a conservative vote in farming/great plains states on the average is worth 1.27 times the value of a vote in the liberal/moderate states block. That is, a conservative vote in the following states Kansas, Nebraska, Wyoming, Idaho, Montana, Colorado, Utah, North Dakota, South Dakota is worth mathematically on the average 1.27 times more than the average value of a

liberal/moderate vote in New York, Pennsylvania, Delaware, Maryland, Illinois, Massachusetts, Michigan, Minnesota, Wisconsin, New Jersey, California, Connecticut, Hawaii, Oregon, Rhode Island, Maine, Vermont, Washington and the District of Columbia.  In terms of our Constitution, looking at the content and legislative intent of the 13th, 15th, and 19th Amendments to the U.S. Constitution, something is very wrong with the Electoral College method of electing a president of the U.S.  Something is very wrong with this system that assigns a wide range of different mathematical values to popular votes of people who live in different states and have different ideologies. Prior to 1829 state legislatures decided for whom they wished to cast electoral votes for president. By 1836 every state gave the right to vote for electors in the electoral college to qualified voters, who at that time were only white males. Examining the value of votes in states where the majority of voters have conservative ideology, and seeing that the value of votes in conservative states equals 1.27 times the value of a liberal vote in liberal/moderate states, a shrewd observer sees that the Electoral College system give a distinct mathematical advantage to the middle population Southern states and the low population farm/great plains states in terms of mathematical values of votes. Voters of conservative ideology have a substantial built in advantage of winning elections for the conservative republican candidates for whom they usually vote. Plaintiff voter claims this major mathematical inequality that gives conservative voters in middle population and low population state, such substantial mathematical advantage in choosing a president is a major violation of the guarantees of the 19th Amendment, 15th Amendment and 13th Amendment of the United States Constitution.

A close examination of the 2016 Hillary Clinton v. Donald Trump and the 2000 George W. Bush v. Al Gore Jr. gives us the mathematical data to clearly see how, when the Southern

conservative states vote with the farm/great plains conservative states, the increased

mathematical values of popular votes, converted to electoral votes, which are cast for

conservative presidential candidates, who consistently are Republicans, clearly destroy,

diminish, and violate the 19th Amendment, and the 15th Amendment voting rights of

liberal/moderate black and liberal moderate white voters in the high population Northern

states and Western states. That is the Illinois, New York, Pennsylvania, Delaware, Maryland

Massachusetts, Michigan, Minnesota, Wisconsin, New Jersey, California, Connecticut, New

Mexico, Hawaii, Oregon, Rhode Island, Maine, Vermont, Washington, and the District of

Columbia which is the block of liberal/moderate states.

There are swing states. Ohio, Florida, Colorado

There are two basic voting blocks of states and a third group of swing states

1. The Northern Liberal/Moderate block of states votes primarily for liberal democratic
   presidential candidates. This block consists of the following states: New York, New
   Jersey, Pennsylvania, Illinois, Wisconsin, District of Columbia, Michigan, Rhode Island,
   Connecticut, Massachusetts, Maine, Vermont, Delaware, Maryland, Minnesota,
   Washington, Oregon, California, New Mexico, and Hawaii.

2. The Conservative block of states, usually vote for the Republican Conservative candidate
   for president. This block consists of two groups of states. The Southern block consisting
   of West Virginia, Indiana, Tennessee, Kentucky, North Carolina, south Carolina, Georgia,
   Arkansas, Missouri, Louisiana, Alabama, Mississippi, Texas, New Hampshire, and Alaska.
   The Great Plains block of Conservative state consist of North Dakota, South Dakota,

Nebraska, Oklahoma, Kansas, Wyoming Colorado, Utah, Montana, Idaho, Nevada, Arizona.

3.   The following states can go either way, Democratic or Republican, in presidential races: Iowa, Ohio, Virginia, Colorado and Florida [2000 election was deliberately stolen by improper counting, refusal to count ballots in which the intent of the voter to vote for a particular candidate, Al Gore, Jr. was clear, deliberate ballot destruction by insider clerks working for the Republican Party and the Bush campaign, Duval County had 22,000 ballots, most of which were double punched and ruined deliberately by insider clerks at the Board of Elections in Jacksonville who were working for the Bush campaign and the Republican Party of Florida. In multiple counties of Florida there were approximately 15,000 ballots marked for Gore and had Al Gore's name written in on the write in space additionally. Because the name of Al Gore was written in on the write in space for a write in candidate in addition to the space for Al Gore being punched or marked these ballots were never counted].

TABLE #4       COMPARATIVE VALUE 2010 CENSUS OF POPULAR VOTES IN TERMS OF

ELECTORAL VOTES IN THE 50 STATES AND DISTRICT OF COLUMBIA, ELECTORAL VOTES ARE

DIVIDED BY 2010 U.S. CENSUS POPULATION IN EACH STATE AND DISTRICT OF COLUMBIA

These 2010 Census population vote values were used in the 2016 Hillary Clinton v. Donald

Trump election. This chart shows variation in value of popular votes in all states and D.C.

| State | Number of Electoral Votes | | 2010 Census Population | Value of Popular Vote In terms of Electoral Votes |
|---|---|---|---|---|
| Alabama | 9 | divided by | 4,779,736 | =.00000188 |
| Alaska | 3 | divided by | 710,231 | =.00000422 |
| Arizona | 8 | divided by | 6,392,017 | =.00000172 |
| Arkansas | 6 | divided by | 2,915,918 | =.00000205 |
| California | 55 | divided by | 37,253,956 | =.00000147 |
| Colorado | 9 | divided by | 5,029,196 | =.00000178 |
| Connecticut | 7 | divided by | 3,574,097 | =.00000195 |
| Delaware | 3 | divided by | 897,934 | =.00000334 |
| District of Columbia | 3 | divided by | 601,723 | =.00000498 |
| Florida(Swing State) | 29 | divided by | 18,801,310 | =.00000154 |
| Georgia | 13 | divided by | 9,687,653 | =.00000165 |

TABLE #4

| STATE | Number Of Electoral Votes | 2010 Census Population | Value of Popular Votes In Terms of Electoral Votes |
|---|---|---|---|
| Hawaii | 4 divided by | 1,360,301 | =.00000294 |
| Idaho | 4 divided by | 1,567,582 | =.00000255 |
| Illinois | 20 divided by | 12,830,632 | =.00000155 |
| Indiana | 11 divided by | 6,483,802 | =.00000169 |
| Iowa [swing state] | 6 divided by | 3,046,355 | =.00000196 |
| Kansas | 6 divided by | 2,853,118 | =.00000210 |
| Kentucky | 8 divided by | 4,339,367 | =.00000176 |
| Louisiana | 8 divided by | 4,533,372 | =.00000176 |
| Maine | 4 divided by | 1,328,361 | =.00000301 |
| Maryland | 11 divided by | 5,773,552 | =.00000190 |
| Massachusetts | 11 divided by | 6,547,629 | =.00000167 |
| Michigan | 16 divided by | 9,883,640 | =.00000161 |
| Minnesota | 10 divided by | 5,303,925 | =.00000188 |
| Mississippi | 6 divided by | 2,967,297 | =.00000202 |
| Missouri | 10 divided by | 5,988,927 | =.00000166 |
| Montana | 3 divided by | 989,415 | =.00000303 |
| Nebraska | 5 divided by | 1,826,341 | =.00000273 |

TABLE #4

| State | Number of Electoral Votes | 2010 census Population | Value of popular Votes in Terms of Electoral Votes |
|---|---|---|---|
| Nevada | 6 divided by | 2,700,551 | =.00000221 |
| New Hampshire | 4 divided by | 1,316,470 | =.00000303 |
| New Jersey | 14 divided by | 8,791894 | =.00000159 |
| New Mexico | 5 divided by | 2,059,179 | =.00000242 |
| New York | 29 divided by | 19,378,102 | =.00000149 |
| North Carolina | 15 divided by | 9,535,483 | =.00000157 |
| North Dakota | 3 divided by | 672,591 | =.00000446 |
| Ohio [Swing State] | 18 divided by | 11,536,504 | =.00000156 |
| Oklahoma | 7 divided by | 3,751,351 | =.00000186 |
| Oregon | 7 divided by | 3,831074 | =.00000182 |
| Pennsylvania | 20 divided by | 12,702,379 | =.00000157 |
| Rhode Island | 4 divided by | 1,052,567 | =.00000380 |
| South Carolina | 9 divided by | 4,625,364 | =.00000194 |
| South Dakota | 3 divided by | 814,180 | =.00000368 |
| Tennessee | 11 divided by | 6,346,105 | =.00000173 |
| Texas | 38 divided by | 25,145,561 | =.00000151 |
| Utah | 6 divided by | 2,763,885 | =.00000217 |

TABLE #4

| States | Number of Electoral Votes | | 2010 Census Population | Value of Popular Votes in Terms of Electoral Votes |
|---|---|---|---|---|
| Vermont | 3 | divided by | 625,741 | =.00000479 |
| Virginia [swing state] | 13 | divided by | 8,001,024 | =.00000162 |
| Washington | 12 | divided by | 6,724,540 | =.00000178 |
| West Virginia | 5 | divided by | 1,852,994 | =.00000269 |
| Wisconsin | 11 | divided by | 5,686,986 | =.00000175 |
| Wyoming | 3 | divided by | 563,626 | =.00000532 |

TABLE #5 STATES WON BY HILLARY CLINTON WHERE CLINTON WON A PLURALITY OF POPULAR

VOTES. Hillary Clinton won a total of 65,432,202 popular votes in all 50 states and District of

Columbia listed below here

| STATES | VALUE OF POPULAR VOTE IN ELECTORAL VOTES BASED ON 2010 CENSUS |
|---|---|
| California | .00000147 |
| Colorado | .00000178 |
| Connecticut | .00000195 |
| Delaware | .00000334 |
| District of Columbia | .00000498 |
| Hawaii | .00000294 |
| Illinois | .00000155 |

Maine awards electoral votes by Congressional District Clinton won 1 Congressional Districts

| | |
|---|---|
| Maine | .00000300 |
| Maryland | .00000190 |
| Massachusetts | .00000167 |
| Minnesota | .00000188 |
| Nevada | .00000221 |
| New Hampshire | .00000303 |
| New Jersey | .00000159 |
| New Mexico | 00000242 |

TABLE #5

| STATES | VALUE OF POPULAR VOTES IN ELECTORAL VOTES BASED ON 2010 CENSUS |
|---|---|
| New York | 00000149 |
| Oregon | .00000182 |
| Rhode Island | .00000380 |
| Vermont | .00000479 |
| Virginia | .00000162 |
| Washington | 00000178 |

TABLE #6 STATES WON BY DONALD TRUMP WHERE TRUMP WON A PLURALITY OF POPULAR VOTES. Donald Trump won a total of 62,793,872 popular votes in all 50 states and the District of Columbia

| STATES | VALUE OF POPULAR VOTES IN ELECTORAL VOTES BASED ON 2010 CENSUS |
|---|---|
| Alabama | .0000020 |
| Alaska | .00000422 |
| Arizona | .00000172 |
| Arkansas | .00000205 |
| Florida [swing state] | .00000154 |
| Georgia | .00000165 |
| Idaho | .00000255 |
| Indiana | .00000169 |
| Iowa [swing state] | .00000196 |
| Kansas | .00000210 |
| Kentucky | .00000176 |
| Louisiana | .00000176 |

Maine  Maine awards electoral votes by Congressional District

Trump won 3 electoral votes in 3 congressional districts .00000300

| | |
|---|---|
| Maine | .00000301 |

TABLE #6 STATES WON BY DONALD TRUMP WHERE TRUMP WON A PLURALITY OF POPULAR VOTES

| STATES | VALUE OF POPULAR VOTES IN ELECTORAL VOTES BASED ON 2010 CENSUS |
|---|---|
| Michigan | .00000161 |
| Mississippi | .00000202 |
| Missouri | .00000166 |
| Montana | .00000303 |

Nebraska awards electoral votes by Congressional District and Trump won all of those

| | |
|---|---|
| Nebraska | .00000273 |
| North Carolina | .00000157 |
| North Dakota | .00000446 |
| Ohio [Swing State] | .00000156 |
| Oklahoma | .00000186 |
| Pennsylvania | .00000157 |
| South Carolina | .00000194 |
| South Dakota | .00000368 |
| Tennessee | .00000173 |
| Texas | .00000151 |
| Utah | .00000217 |
| West Virginia | .000002 |

TABLE#6 STATES WON BY DONALD TRUMP WHERE TRUMP WON A PLURALITY OF POPULAR

VOTES

| STATES | VALUE OF POPULAR VOTES IN IN ELECTORAL VOTES BASED ON 2010 CENSUS |
|---|---|
| Wisconsin | .00000175 |
| Wyoming | .00000532 |

MATHEMATICAL ADVANTAGE OF GREATER VALUE OF POPULAR VOTES IN VALUES OF ELECTORAL VOTES GIVEN TO SOUTHERN CONSERVATIVE STATES AND FARMS/GREAT PLAINS CONSERVATIVE STATES COMPADRED TO LOWER VALUE OF NORTHERN WESTERN LIBERAL/MODERATE STATES

The mathematical advantage of the ratio of Southern conservative votes value $2.0 \times 10^{-6}$ electoral votes to North/Western liberal/moderate states vote value $1.7 \times 10^{-6}$ electoral votes gives on the average to Southern conservative voters a leveraged advantage of mathematical value of 1.17 to 1.

$2.0 \times 10^{-6}$ electoral votes Divided by $1.7 \times 10^{-6}$ electoral votes=1.17

The mathematical advantage of the ratio of the Farm/Great Plains states $2.4 \times 10^{-6}$ to Northern Western liberal/moderate states vote value $1.7 \times 10^{-6}$ gives on the average to Farm/Great Plains conservative states voters a leveraged advantage of 1.41 to 1.

$2.4 \times 10^{-6}$ divided by $1.7 \times 10^{-6}$ =1.41

Voters in Southern states and Great Plains States are primarily conservative in political ideology and those voters are now solidly registered as Republican majorities in 14 Southern states and all the Great Plains states and the combination of these two voting blocks are given an extraordinary mathematical leveraged advantage of a factor of approximately 1.29 to 1. over the liberal/moderate voters in the Northern Western liberal/moderate block of states. Voter citizens of liberal/moderate political ideology in Northern Western liberal/moderate states are predominantly registered Democrats and the total population in those states in 2000 was 146,961,000.

This built in mathematical advantage in the Electoral College system gives Southern states voters plus Great Plains states voters the ability to control who is elected president even though they are less voters in numbers, in the 2000 census exactly 131,094,000 voters, than Northern Western liberal/moderate voters 146,961,000 total in numbers. This is how, of course, a popular candidate like Al Gore could win the popular vote, receiving 49,500,000 votes to George W. Bush Jr., who received 49,000,000 votes, but Al Gore Jr. lost the Electoral College majority and George W. Bush Jr. won the Electoral College majority.  The Electoral College system gives the Southern states block combined with the Farm/Great Plains state block control over the political system of the United States by controlling the choice of president and the choice of U.S. Supreme Court Justices, U.S. Judges of the Circuit Courts of Appeal, and Judges of the U.S. District Courts. In violation of the 13th Amendment U.S.C.A., 15th Amendment U.S.C.A., and 19th Amendment U.S.C.A., all liberal/moderate block voters' votes whether black, or white are counted as substantially less mathematically, than conservative voters' votes in the Electoral College system of vote tabulation. To review how this Electoral College system works, each state under the Electoral College system get one electoral vote for each Representative in Congress and one electoral vote for each Senator in the U.S. Senate. The total number of U.S. Senators plus the total number of U.S. Representatives gives the number of electoral votes each state is allotted under the Electoral College system. Each state is guaranteed at least one Representative in the U.S. House of Representatives regardless of population. The fact that each state no matter how small the population in numbers of voters gets 2 electoral votes for each of the 2 U.S. Senators disproportionately give medium population and small population state a much greater mathematical value to each individual voter's popular vote. See Table #4.

The 2000 census figures were used for the 2004 election John Kerry v. George W. Bush Jr. and the 2008 election Barack Obama v. John McCain.

The Electoral College system was deliberately and purposefully designed in 1787 by the Committee of Eleven, at the Constitutional Convention to give Southern states absolute control over the picking of the President and the U.S. Supreme Court Justices, referred to in the U.S. Constitution. merely as "Judges of the U.S. Supreme Court" in the U.S. Constitution., who would protect the legality of slavery both in the U.S. Constitution and in statutes passed by Congress in the United States Code from the time of the ratification of the new U.S. Constitution in 1789. The Constitutional Convention of 1787, Committee of Eleven, who created the idea of the Electoral college system of electors, did so as a method of accommodating or giving in to Southern delegates at that constitutional convention in the summer of 1787 in Philadelphia, Pennsylvania, so that those Southern delegates would be persuaded that slavery would be protected as a legal institution by frequently choosing Southern born and South bred Presidents. Such Southern born and Southern bred presidents would insure that slavery would be a protected legal institution that would provide almost all of the farm labor of Southern plantations and farms, both under the U.S. Constitution and the statutory Law in the United States Code. Thus southern presidents were elected to serve 50 out of 80 years of presidential terms from 1787 at the beginning of the new nation, and the first 80 years onward.

Southern delegates at the Constitutional Convention of 1787 realized that they got quite a bargain in terms of leveraging control of future presidential elections and future appointees to the U.S. Supreme Court and the U.S. Circuit Court of Appeals. Clearly Chief Justice Roger Taney, who authored the notorious Dred Scott decision, was one of a number of pro slavery,

pro southern Justices, who fulfilled this prophecy. Taney ruled that slave were not humans with human rights and legal rights, but rather slaves who were the property of their slave owners, to be bought and sold and returned across state lines, should the slaves run away and escape from their owners.   At the time of the Constitutional Convention in 1787 40% or .40 of the population of the Southern states were black slaves owned by Plantation and farm owners. The Southern state had a much lower population of white men and white women than did the northern states.

As an example of the absurd unfairness of the Electoral College assignment of values of popular votes, let us imagine a World Series Championship baseball game, between two separate baseball leagues. The Northern baseball league consists of the liberal baseball players, whose home runs and base runs count mathematically as 1.0 points for each run. The Southern baseball league consists of conservative players, who home runs and base runs count mathematically as 1.5 points for each run. Clearly, in order for the Northern baseball league to win the World Series against the southern baseball league, the Northern baseball league is going to have to make up greater than 1.5 times the number of runs that the Southern baseball league scores. And, in fact, in order for Northern baseball league to win the World Series against the Southern baseball league, the Northern baseball league is going to have to score about 1.6 times the number of total runs that the Southern baseball league scores. Every baseball fan would realize this is an absurd, unfair, idiotic scoring system. Yet this is exactly how we elect the President of the United States. W Would the Baseball Commission of the Northern liberal team allow such an unfair tabulating system of computing baseball scores on the playing field? Obviously this is fundamentally unfair. The only solution is for the governing body of

baseball to change the scoring rules, so that each team's homeruns or run generate an equal number of point as 1 unit run mathematically for both the Northern and Southern league baseball teams.

This Court has the power, under the 13th, 15th, and 19th Amendments U.S.C.A. to implement the one unit vote per person nation popular vote formula, as presented in Senate Joint Resolution 1 [Exhibit 1] to elect the president of the United States.

Plaintiff voter claims the 13th, 15th, and 19th Amendments U.S.C.A.  mandate the use of the 1 unit vote per qualified voter, nationally, in the presidential general election and the presidential run off election. [Note: see Exhibit 1 Senate Joint Resolution 1] The 1 unit vote per person presidential election formula abolishes the following sections of the original Constitution of 1787 article 2 Section 1 Clauses 2,3,4.

1.Electoral vote tie, instance where there is an exact tie of electoral votes between the two presidential candidates, the election goes to the U.S. House of Representatives where each state has a delegation which in the entirety is worth 1 vote. Each state delegation can cast 1 unite vote for president.

2.No electoral College vote majority received by any presidential general election candidate. In such occurrence the election goes to the U.S. House of Representatives to decide. Each state delegation in the House of Representatives gets 1 vote, regardless of population.

Certainly using the national popular vote majority or plurality totals will render moot situations 1. And 2. above. There has never been an election in which the popular vote was a ties, that is an exact mathematical tie. In case Number 2, Senate Joint resolution 1 mandates that any presidential general election candidate, who receives at least 40% of or .40 of the

general election popular vote or the general election runoff popular vote is elected the President of the United States. This, situation 2 above is rendered moot, when this District Court rules in Plaintiff's favor, that the 13th, 15th, and 19th Amendments of the United States Constitution mandate a switch to the Popular Vote method of choosing a president, as contained in the Amendment written in Senate Joint resolution 1, at pp. 1 and 2, Exhibit 1. Therefore, the U.S. Senate will never be needed to choose a vice president either, since the president and vice president are elected as a team. See Article 2, Section 1, Clauses 1,2,3, and 4.

Title 3 U.S.C.A. Sections 1,2,3,5,6,7,8,9,10,11,12,13,4,15,16,17,18, 20,21 are rendered moot when this District court grants Plaintiff's demands to switch to the National Popular Vote Method of choosing the President.

Title 3, U.S.C.A., Section 2, set a safe harbor date, by which electoral votes are to be submitted from each of the 50 states' Chief Election Officials, or Chief Legislative Officials. A switch to the national popular vote total moots the electoral vote safe harbor date. When the Court institutes Plaintiff's request to switch to the National Popular vote Method of electing the President, section 2 is mot, and this court will temporarily set a date by which the Chief state Elections Officials shall send certified statewide Popular Vote totals to the Speaker of the U.S. House of Representatives.

Title 3, U.S.C.A. Section 5 describes the procedures for accepting electoral votes as regularly given or rejecting lector votes as not regularly given by the U.S. Senate and U.S. House of Representatives. When the Court institutes Plaintiff's request to switch to the National Popular Vote Method of electing the President, Section 5 is moot.

Title 3, U.S.C.A. Section 15 gives the procedure for the U.S. senate and U.S. House of Representatives to meet in closed session to determine whether electoral votes are accepted as "regularly given" or rejected as "not regularly given". Section 15 mandates that only Senators can initiate the rejection of electoral votes. Then representatives may second such motion of rejection of electoral votes and attempt to get a majority of representatives in the U.S. House, to vote to reject such electoral votes. Senators voicing objections by motion to reject electoral votes, attempt in closed session, or in open session to get a majority of senate votes, to reject electoral votes on their motion, as "not regularly given". When the Court grants Plaintiff's request to institute the Popular vote Method of selecting the President, Section 15 is moot as well, because there will be no electors and no electoral votes for the U.S. Senate and the U.S. House of Representatives to count.

Plaintiff request that that this Honorable Judge will issue an appropriate schedule under the application of provisions of Senate Joint Resolution 1 of December 6, 1977 [Exhibit 1 herein] for Secretaries of States or the Chief Elections Official in the 50 states and the District of Columbia to send certified popular vote totals of all presidential candidates on the ballot in each of the 50 states and the District of Columbia, to the President of the U.S. Senate, Vice President Joseph Biden. The President of the Senate shall then in a joint session of the U.S. Senate and U.S. House of Representatives add up all the popular vote totals of all candidates on the ballots of all 50 states and the District of Columbia and announce the totals. Then the Vice President, who is the presiding officer of the Senate, announces the totals received by each candidate for president in the 50 states and the District of Columbia. The candidate with the highest plurality vote total of the popular vote, that receives at least 40% of the popular vote

shall be announced to be the winner of the presidential election. In the event that no candidate for president of the United states receives the 40% minimum plurality total nationally of the popular vote, then the presiding officer of the Senate, the Vice President of the United States shall declare that there will be a runoff election in 30 days, on the first Tuesday after 30 days in all 50 states and the District of Columbia.

THE 15TH AMENDMENT TO U.S. CONSTITUTION SEPARATELY GIVES THIS COURT THE LEGAL AUTHORITY TO INVALIDATE THE ELECTORAL COLLEGE, AS FACIALLY UNCONSTITUTIONAL, AND UNCONSTITUTIONAL AS APPLIED, BECAUSE THE 15TH AMENDMENT   WAS WRITTEN TO GIVE FORMER SLAVES, NOW CALLED FREEDMEN, THE RIGHT TO VOTE. SLAVERY WAS ABOLISHED BY THE 13TH AMENDMENT. ONCE SLAVES WERE GIVEN THE RIGHT TO VOTE IN THE U.S. CONSTITUTION IN THE 15TH AMENDMENT, THE ENTIRE REASON FOR THE CREATION AND EXISTENCE OF THE ELECTORAL COLLEGE WAS ABOLISHED. AT THAT POINT THE ELECTORAL COLLEGE SHOULD HAVE BEEN ABOLISHED.


THE 19TH AMENDMENT WHICH GAVE WOMEN THE RIGHT TO VOTE IS A POWERFUL BASIS ON WHICH THIS U.S. DISTRICT COURT IS ABLE TO ABOLISH THE ELECTORAL COLLEGE METHOD OF ELECTING THE PRESIDENT OF THE U.S. ENTIRELY AND SWITCHING TO THE POPULAR VOTE METHOD OF ELECTING THE PRESIDENT OF THE UNITED STATES AS SPECIFICALLY DESCRIBED IN SENATE JOINT RESOLUTION 1 OF DECEMBER 6, 1977.

The 19th Amendment of the U.S. Constitution is a complete basis for this Court to abolish the Electoral College method of choosing the U.S. President and switching to the popular vote method of one unit vote per person to elect the President of the United States as

detailed in Senate Joint Resolution 1, Proposed Constitutional Amendment pp. 1,2. Reasons for this are that women in Northern Liberal/Moderate block of states, New York, New Jersey, Pennsylvania, District of Columbia, Illinois, Wisconsin, Michigan, Rhode Island, Connecticut, Massachusetts, Maine, Vermont, Delaware, Maryland, Minnesota, Washington, Oregon, California and Hawaii vote approximately as follows: 60% for a Democratic Presidential candidate to 40% for a Republican Presidential candidate. A Liberal/Moderate woman's vote is reduced in value by the Electoral College to .78 or 78% of the value of a Southern and Farm/Great Plains conservative woman's vote. A woman's vote in the Northern liberal/moderate block of states is worth .78 of the average value of a woman's vote in the Southern and Farm/Great Plains conservative vote.

Value of Southern women's conservative Popular Vote=1.8 X 10 -6 Electoral Votes

Value of Farm/Great Plains women's conservative Popular Vote=1.97 X 10 -6 Electoral Votes

 Average Mathematical Value of Conservative Women's Vote +1.88 X 10 -6 Electoral Votes

Compare to Average mathematical Value of Liberal Women's Vote = 1.70 X 10 -6

We can see here that the mathematical value of a conservative woman's vote at 1.88 X 10 -6 is substantially greater than the value of a liberal woman's vote at 1.70 X 10 -6

The difference in value between the two is 1.88-1.70=0000018.

The average value of a conservative woman's vote is 1.27 times greater than a liberal/moderate woman's vote.  The purpose of the 19th Amendment was to give women the right to vote so that women could and would exercise political self determinism.  The mathematical presentation above proves by a preponderance of the evidence that the Electoral College

method of electing the president interferes with women's participation in the voting system by lowering the value of the votes of liberal/moderate women and increasing the values of the votes of conservative women.  This is a really insidious effect. Women have unique rights that they need to protect in the legal system. Women possess unique biological, physiological, emotional characteristics.  Plaintiff claims that women are guaranteed by the 19th Amendment U.S.C.A. to have a vote which is equal in value to the votes of all other voter citizens, male or female in every state in the United States.  In order for women to be able to exercise their own self determinism, all votes of all United States citizens, male or female most be valued at one unit vote per person. Each vote of every voter in every state must have the same mathematical value as the vote of every other voter.  Plaintiff claims that on the basis of the 19th Amendment right of women to vote, and for women to be able to exercise self-determinism through the vote, that this Court abolish the Electoral College method of electing the president and replace the Electoral College with the national popular vote plan specified in Senate Joint Resolution 1 of December 6, 1977. The 19th Amendment U.S.C.A. was ratified in 1920 some 130 years after the original constitution was ratified and 55 years after slavery was abolished in 1865 through ratification of the 13th Amendment U.S.C.A.

RELIEF AND REMEDIES PLAINTIFF REQUESTS THIS U.S. DISTRICT COURT TO GRANT

Plaintiff requests this U.S. District Court to order the Electoral College abolished completely, as contained in the Constitutional Amendment in Senate Joint Resolution 1, see Exhibit 1, pp. 1-2, beginning with the word

"Joint Resolution, Proposing an Amendment to the Constitution to provide for the direct popular election of the President and Vice President of the United States."

"Resolved by the Senate and House of Representatives of the United States of America in Congress assembled (two-thirds of each House Concurring therein), That the following article is proposed an amendment to the Constitution of the United States, which shall be valid to all intents and purposes as part of the Constitution when ratified by the legislatures of three-fourths of the several States within seven years from the date of its submission by Congress:"

"Section 1.  The people of the several states and the district constituting the seat of government of the United States shall elect the President and Vice-President. Each elector shall cast a single vote for two persons who shall have consented to the joining of their names as candidates for the offices of President and Vice President. No candidate shall consent to the joinder of his name with that of more than one other person."

"Sec. 2.  The electors of Presidents and Vice Presidents in each state shall have the qualifications requisite for electors of the most numerous branch of the State Legislature, except that for electors of President and Vice Presidents, the Legislature of any State may prescribe less restrictive residence qualifications and for electors of President and Vice President, the Congress may establish uniform residence qualifications."

"Sec. 3. The person joined as candidates for President and Vice President having the greatest number of votes shall be elected "President and Vice President", if such number be at least 40 per centum of the whole number of votes cast."

"If, after any such election, none of the persons joined as candidates for President and Vice President, is elected pursuant to the preceding paragraph, a runoff election shall be held in which the choice of President and Vice President shall be made from the two pairs of person joined as candidates for President and Vice President who received the highest numbers of votes cast in the election. The pair of persons joined as candidates for President and Vice President receiving the greatest number of votes in such runoff election shall be elected President and Vice President.:

"Sec. 4.   The times, places, and manner of holding such elections and entitlement to inclusion on the ballot shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by law make or alter such regulations. The days for such elections shall be determined by Congress and shall be uniform throughout the United States. The Congress shall prescribe by law the times, places, and manner in which the results of such elections shall be ascertained and declared. No such election, other than a runoff election shall be held later than the first Tuesday after the first Monday in November, and the results thereof shall be declared no later than the thirtieth day after the date on which the election occurs."

"Sec. 5. The Congress may be law provide for the case of the death, inability, or withdrawal of any candidate for President or Vice President, before a President and Vice President have been elected, and for the case of the death of both the President-elect and Vice President-elect."

"Sec. 6. Sections 1 through 4 of this article shall take effect one year after the ratification of this article."

"Sec. 7. The Congress shall have power to enforce this article by appropriate legislation."

END TEXT OF PROPOSED CONSTITUTIONAL AMENDMENT

Plaintiff requests that consistent with the abolition of the Electoral College the election position of Presidential electors shall be abolished in all the 50 States and the District of Columbia. The practice of electors in the Electoral College casting electoral votes in the States capital or designated state location pursuant to state law under Article 2, Section 1, Clauses 1,2,3,4 shall be abolished.  Instead the head of the Department of Elections in each state shall be ordered to send the certified totals of the popular vote for each presidential candidate and running mate for vice president, who was on the ballot in their respective state, by certified mail to the Vice President of the United States, who is the presiding officer in the United States Senate. Logically this Court must strike down as unconstitutional Title 3 U.S.C.A.  Sections 1,2,3,5,6,7,8,9,10,11,12,13,14,15,16,17,18,20, 21 in their entirety. The President of the United States Senate, who is the Vice President of the United States, shall announce who the elected winners of the Presidency and Vice Presidency are, based on the certified National Popular Vote totals, submitted by the Chief Election Officials of the 50 States and the District of Columbia.

SUBJECT MATTER JURISDICTION

This U.S. District Court has subject matter jurisdiction in this case. This case is a case or controversy involving provisions of the United States Constitution and various sections of Title 3 of the United States Code, the statutory law, according to *Marbury v. Madison*

STATUTORY JURISDICTION BY ACT OF CONGRESS, JUSTICIABILITY UNDER U.S. CONSTITUITON

This United States District Court has jurisdiction by statute of Congress Title 28 U.S.C.A. Section 1343 to decide matters of controversy involving the U.S. Constitution and Federal Law. The issues presented in this case are issues that are justiciable, that is these issues can be decided by this Court.

IN PERSONAM JURISDICTION OVER DEFENDANT: ALL SENATOR ANDOFFICERS IN UNITED STATES SENATE INCLUDING VICE PRESIDENT JOSEPH BIDEN AND MAJORITY LEADER MITCH MCCONELL, ALL REPRESENTATIVES IN THE UNITED STATES HOUSE OF REPRESENTATIVE INCLUDING SPEAKER OF THE HOUSE PAUL RYAN, MINORITY LEADER OF THE HOUSE NANCY PELOSI

This United States District Court has in personam jurisdiction over defendants United States Senate, all Senators, and officer of the United States Senate including president of the Senate Joseph Biden, Majority Leader of the Senate Mitch McConnell, defendants United States House of Representative, all Representatives and their officers including Speaker of the House of Representatives, Paul Ryan, and minority leader of the House Representative, Nancy Pelosi. This U.S. District Court has in personam jurisdiction over official acts and conduct of these

defendants. This is a matter of protection of Plaintiff's voting rights, under U.S. Constitution 13th,15th, and 19th,1st Amendments U.S.C.A. There are no issues of property rights in this case.

STANDING OF PLAINTIFF INCLUDING STANDING FOR THIRD PARTIES

Plaintiff has standing as a United States citizen, a resident of Cook County, Illinois who voted for Hillary Clinton in the general election on November 8, 2016.

Hillary Clinton won the plurality of the popular vote, the nationwide total of popular votes in the November 8, 2000 presidential election.

Plaintiff has third party standing as follows:

PLAINTIFF MUST BE GIVEN STANDING TO REPRESENT IMPORTANT THIRD PARTIES, WHO ARE SUBGROUPS OF THE GROUP OF ALL LIBERAL/MODERATE VOTERS IN UNITED STATES PRESIDENTIAL ELECTIONS. These subgroups include white women liberal/moderate voters black women liberal/moderate voters, black me liberal/moderate voters, and white men liberal/moderate voters of which the plaintiff is one.

The Plaintiff will explain valid theories of why he should be granted standing on cases that grant him standing to litigate voting rights and represent voting rights for these, above, third parties. The third parties include black male voters, black female voters, white female voters, and white male voters.

*Barrows v. Jackson 346 U.S. 249, 73 S. Ct. 1031, and Pierce v. Society of Sisters 268 U.S. 510* give Plaintiff the right to act to protect the rights of third party black voters, both male and

female, under the 15th Amendment U.S.C.A.  black male voters, under the 19th Amendment

U.S.C.A. black women voters and white women voters and white male voters.

The case most similar to Plaintiff's 15th Amendment and 19th Amendment claims on

behalf of black male liberal/moderate voters, and clack female liberal/moderate voters is

*Barrows v. Jackson*, infra, where a white woman was sued for violating a racially restrictive

covenant that prohibited sale of her home property to black persons. The white woman was

sued by a white person that previously owned the property and had sold the property to her.

The white woman in her own defense invoked the 14th Amendment right of Negroes, to

purchase residential property.

See *Barrows v. Jackson* at pages 257, 259 pages 1035-1036.

"Other unique situations which have arisen in the past, broad policy has led the U.S. Supreme
Court to proceed without regard to its usual rule. In *Pierce v. Society of Sisters* 268U.S. 510, 45
S. Ct. 571, a state statute required all parent to send their children to public schools. A private
and a parochial school brought suit to enjoin enforcement of an act on the grounds that the act
violated the constitutional rights of parents and guardians. No parent or guardian to whom the
act applied was a part or before the court. The court held the act was unconstitutional, because
the act 'unreasonably interferes with the liberty of parents and guardians to direct the
upbringing and education of children under parents and guardians control'. *Pierce, supra* 268
U.S. at pp 534-535, 45 S. Ct. at page 573.  In short, schools were permitted to assert in defense
of school property rights and constitutional right of parents and guardians.


See *Barrows v. Jackson* at page 259, page 1036

"Consistency in application of rules of practice in this court does not require us in this unique
set of circumstances to put the state, [California], in such an equivocal position simply because
the person against whom injury is directed is not before the court to speak for himself. The law
will permit respondent to resist any effort to compel her to observe such a covenant, so widely
condemned by courts since she is the one in whose charge and keeping reposes the Power to
continue to use her property to discriminate or to discontinue such use. The relation between
coercion exerted and respondent and her possible pecuniary loss thereby is so close to the

purpose of the restrictive convenant, to violate the constitutional rights of those discriminate against, that respondent is the only effective adversary of the unworthy covenant in its last stand. She will be permitted to defend herself and by so doing, close the gap to the use of this covenant so universally condemned by these courts."

See *Barrows v. Jackson* at page 259, page 1035

"Petitioners argue that the right to equal protection of the laws is a personal right, guaranteed to individuals rather than to groups or classes. For instance, discriminatory denial of sleeping and ding car facilities to an individual Negro cannot be justified on the bound that there is little demand for facilities by Negroes as a group." *McCabe v. Atchison, Topeka, & Santa Fe Ry. Co.* 234 U.S. 151, 161-162, 35 S. Ct. 69, 71

This description of the right as 'personal', when considered in the context in which it has been used, obviously has no bearing on the question of standing, nor do we violate this principle by protecting rights of person not identified in this record. For instance, in the Pierce case, persons whose rights invoked were identified only as
Present' and 'prospective' patrons of 2 schools. *Pierce v. Society of Sisters, supra,* 268 U.S. at page 535, 45 S. Ct. at page 573. In the present case it is not non Caucasians as a group whose rights are asserted by respondent but the rights of particular non Caucasians would be users of restricted land"

What plaintiff has in common with all members of the group of all liberal/ moderate voters is liberal /moderate political ideology and liberal/moderate humanitarian philosophy.

The fact is, that all members of the group of all liberal/moderate voters want liberal or moderate presidential candidates that they cast their votes for, to win the presidential election.

Justice Brennan in *u.s. v. Raines,* 362 U.S. 117, 22 (1960) explains that:

"Where as a result of the very litigation in question, the constitutional rights of one not a party would be impaired, and where he has no effective way to preserve them himself, the Court may consider those rights as before the Court." So too, Justice Harlan in *N.A.A.C.P. v. Alabama* 357 U.S. 49 (1958):
"To limit the breath of issues which must be dealt with in particular litigation this Court has generally insisted that parties rely only on constitutional rights which are personal to themselves. The principle is not disrespected. Their constitutional rights of the person who are

not immediately before the Court could not be effectively vindicated except through an appropriate representative before the Court.

Plaintiff asserts that there is a significant link between the black liberal/moderate male voters, whose constitutional right to vote is damaged and interfered with by the electoral college method of electing the President of the United States and the white liberal moderate male voters whose constitutional right to vote is damaged and interfered with by the electoral college. Plaintiff alleges that the Electoral College method of electing the President should have been abolished as of the time that when slavery was abolished by the 13th Amendment U.S.C.A. and the time that black males were given the right to vote under the power of the 15th Amendment U.S.C.A.

FACTS PLAINTIFF WILL PROVE AT TRIAL

HOW THE EXISTENCE OF SLAVERY AS A LEGAL BUSINESS PRACTICE OF OPERATING

PLANTATIONS AND FARMS CREATED THE ELCTORAL COLLEGE SYSTEM OF CHOOSING ELECTORS

FOR THE OFFICE OF PRESIDENT AND VICE PRESIDENT AS A COMPROMISE MEASURE AT THE

CONSTITUTIONAL CONVENTION OF 1789 IN PHILADELPHIA, PA.

The basic purpose of the electoral College method of creating electors to choose the president and vice president, was the preservation of slavery as a legal institution and a method of keeping slave labor as a legal business practice on plantations or farms in the southern farming economy. The method of doing this was to create overrepresentation in electors to choose Southern born presidents who were to be pro slavery to maintain the legality of slavery in the federal system of government as a matter of being constitutionally sustainable within the United States government legal system. The United States legal system was based on strong states' rights in which every state would create their own system of laws independent of the national or federal government. States' rights was part of the doctrine of federalism. The best method of preserving slavery, was to create overrepresentation in the U.S. House of Representatives by allowing representation for slaves owned by slave owners, who owned the plantations and farms that constituted the major industry of the Southern states, farming. The entire southern economy was an economy based on farming. Southern delegate to the constitutional convention in 1787 also created overrepresentation in the House of Representative though counting slaves as 3/5 [three fifths of a person] for purposes of enumeration of population[1] conducted every 10 years in every state in the United States to

---

[1] Article 1 Section 2 Clause 3

determine the amount of representation that each state would receive in the U.S. House of Representatives. This enumeration is what we call the United States Census today. Originally delegates from slave owning southern states wanted slaves counted as 1 whole person so that slave owners, the wealthy people of the south could exercise the power of their vote, many times magnified, by the number of slaves that these wealthy slave owners owned. Southern delegate to the Constitutional Convention in 1787 wanted to maintain their economic plantation system of farms based on slavery in the about to be formed nation, to be called the United States, being established through a new constitution, with a strong federal government. Southern delegates decided that the only logical way to insure the survival of slavery as a legally protected institution was to get representation for each slave in the United States House of Representatives as extra overrepresentation for slave owners, to over represent the legal rights and political viewpoints of slave owners. This was a demand at the constitutional convention by delegates to the constitutional convention who represented the southern states to multiply slave owners vote strength in the U.S. House of Representatives by 1 X the number of slaves owned by the slave owners in the entire state, added to the population of the slave owners. A slave owner's vote strength was multiplied times the number of slaves that that slave owner owned on his plantations, plus the numbers of himself and his own family. Each slave owner ultimately received 3/5 [three/fifths] of a person in the census enumeration and ultimate representation in the U.S. House of Representatives for each slave owned by that slave owner in a compromise reached between northern delegates and southern delegates at the Constitutional Convention of 1787.  Approximately .40 or 40% of the human population of the Southern states, were slaves at the time of the constitutional convention in 1787. Southern

slave owners gained an 40% extra representation they normally would have had, had slaves, who were not citizens, not been counted in the census enumeration for purposes of legal representation in the U.S. House of Representatives Remember, that at this time, slaves were not citizens, could not vote, could not own property, and were mostly illiterate. Slave owner' votes were mathematically increased in value by multiplying the number of slaves owned times 3/5 in the U.S. House of Representatives. The number of slaves times 3/5 equaled the increased numbers by which slave owners were represented by extra representation in the U.S. House of Representatives. This was done deliberately by the slave owners so that Southern states could dominate legally in Representatives' votes in the U.S. House of Representatives and keep slavery legal as a business practice in the foreseeable future to sustain slave owners' multibillion dollar farming industry. It was difficult to see any way that the Northern sttes would be able to outlaw slavery with the Southern slave states maintaining all this extra over representation in the U.S. House of Representatives.

Since the scheme of the Electoral College of using electors from each state being equal in number to the number of representatives in the U.S. House of Representative plus the 2 U.S. Senators, slave owners achieved a very large bonus in terms of representation that slave owners should not have been entitled to. Why should slaves who were not citizens, who were illiterate and could not vote, have their votes to choose the president and vice president cast for them by their owners? The current absurd, archaic, unreasonable, stupid electoral college system, of a separate layer of presidential electors, is the direct product of the creation of a system that southerners saw as an out proportion system of over representation for slave owners who could perpetuate their control of the presidency by electing southern born,

southern bred presidents who would do their best to keep slavery a legally protected business practice to maintain the Southern economic way of life [2]. In 1787 the tractor, internal combustion engines, modern farm machinery, cotton picking machines, ever the cotton gin did not exist. The path to wealth in the south was to be a plantation owner with plenty of slaves to perform the labor of growing and harvesting agricultural crops. If Northerners could win the presidency frequently, the possibility existed that slavery could be outlawed by Congress and a northern anti-slavery president. The creation of the electoral College was a direct result of efforts of Constitutional Convention delegates from southern states to protect the billion dollar Southern economic way of life with billion dollar amount of slave labor. Southern delegates knew exactly what they were negotiating for in terms of economic strength. The southern delegates at the Constitutional Convention knew that they were creating the very protection of the survival of slavery under federal law[3]. There were Northern delegates at the time who did not want slavery to be allowed as a legal institution in the in the new nation in the process of being created which would be called the United States, but they were not able to outlaw slavery as an institution at the Constitutional Convention of 1787 because they did not have the delegate votes and the southern states would never have ratified the original constitution of 1787. Southern delegate knew that many northerners did not want to allow slavery to be a legal practice of exploitation protected under the Constitution of the United states. Southern delegates were smart enough to engineer a scheme of over representation called the Electoral College method of electing the president and vice president, that was clearly based on the idea

---

[2] This Mighty Scourge, pp 7,8,9,10
[3] This Mighty Scourge, pp. 11, 12, 13

of over representation of southern white slave owners in the U.S. House of Representatives, that southern delegate felt was a plan, that would insure that slavery would be protected as a legal business practice, from being outlawed by the northern antislavery states in future years

MATHEMATICALLY OUT OF PROPORTION, OVERREPRESENTATION AS GRANTED TO SMALL POPULATION STATES AND MEDIUM POPULATION STATES, IN THE ACTUAL COMPARATIVE MATHEMATICAL VALUE OFPOPULAR VOTES AS COMPARED TO LARGE POPULATION STATES UNDER THE UNITED STATES CENSUS VIOLATES THE RIGHT TO VOTE GUARANTEES OF THE 15TH AND 19TH AMENDMENTS IN THE U.S. CONSTITUTION.

Plaintiff will prove that the wide range of values of popular votes expressed exactly in terms of electoral vote values, violate the principle of the guaranteed right to vote in the U.S. Constitution 15th and 19th amendment. The range of mathematical values of popular votes per state individual voter from the small population states to the large population states run from high as $4.0 \times 10^{-6}$ electoral votes [4.0 X 10 to the minus 6th power] in Montana, the nation's least populous state to as low as $1.5 \times 10^{-6}$ [1.5 X 10 to the minus 6th power] in California, the nation's most populous state. This irregularity in value of popular votes occurs because under the Electoral College system each state gets 2 electoral votes for the state's 2 Senators and one electoral vote for each Representative in the U.S. House of Representatives.


FACTS PLAINTIFF WILL PROVE AT TRIAL

ELEC TORAL COLLEGE METHOD OF CHOOSING ELECTORS FOR PRESIDENT AND VICE PRESIDENT UNCONSTITUTIONALLY FAVORS CANDIDATES OF CONSERVATIVE IDEOLOGY OVER LIBERAL/MODERATE  IDEOLOGY IN VIOLATION OF THE 15TH AND 19TH AMENDMENTS THAT

GUARANTEE A RIGHT TO VOTE IN THE U.S. CONSTITUTION. THE UNFAIR UNCONSTITUTIONAL CONSEQUENCE OF THIS IS THAT THE ELECTORAL COLLEGE FAVORS CONSERVATIVE REPUBLICAN PRESIDENTIAL CANDIDATES OVER LIBERAL DEMOCRAT PRESIDENTIAL CANDIDATES DUE TO THE FACTS THAT VOTERS IN CONSERVATIVE STATES HAVE POPULAR VOTES THAT HAVE A SIGNIFICANTLY HIGHER VALUE THAN VOTERS IN LIBERAL STATES.

The unfair consequence is that the Electoral College gives an unfair mathematical advantage to Republican Presidential candidates who are all conservative in philosophy over Democratic Presidential candidates who are all liberal in philosophy due to the fact that voters in conservative states have popular votes that have a significantly higher mathematical value than voters in liberal states. In addition to this the winner of the popular vote plurality or majority under "the winner take all" method of giving all electoral votes to the plurality winner results in giving Conservative candidates who are Republicans an unfair advantage in winning presidential elections. Hillary Clinton received huge 2-1 margin of votes in California over Donald Trump, yet the 2.5 million extra votes given to Hillary Clinton were wasted because the popular vote totals of all popular votes in the 50 states and the District of Columbia do not count in national popular vote totals in determining who the winner of the election is. In a system based on the popular vote, popular vote totals carry across state borders and contribute to the national popular vote total for each president.

51

TABLE OF POINTS AND AUTHORITIES

*This Great Scourge* by Professor James M. Mc Pherson, PH.D., Copyright 2000 Published by

Oxford University Press, 198 Madison Ave., New York, NY 10016 pp 1-19

*The Right to Vote:* The Contested History of Democracy in the United States by Professor

Alexander Keyssar, PH.D., copyright 2000 Published by Basic Books, 387 Park Ave. South, New

York, NY 10016 pp.104-116

*Federalist Paper Number 68* contained in *The Federalist Papers,* by Alexander Hamilton, James

Madison, and John Jay, Copyright 2004, Simon and Shuster, Inc. New York, NY

*United States Constitution Article 2 Section 1 Clauses 1,2,3,4  [Choosing Electors]*

*United States Constitution Amendment 10*

*United States Constitution Amendment 12, [President and Vice President run in pairs]*

*United States Constitution Amendment 13 Abolition of Slavery*

*United States Constitution Amendment 15 Section 1,2*

*United States Constitution Amendment 19*

*Title 3 U.S.C.A. Sections 2,3,5,6,7.8,9,10,11,12,13,14,15,16,17,18,20,21*

52

_____at Washington, D.C.

Bret Sablosky, Plaintiff in Pro Se      Date 12/29 /2016